IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAROLYN S. COLLINS                                                                        PLAINTIFF

vs.                                            **3:06CV00161WRW**

MICHAEL J. ASTRUE,                                                                     DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Following the Order entered this date, the Court reverses the decision of the Commissioner and remands the case to the Commissioner with instructions to conduct further proceedings consistent with this Order.  This is a sentence-four remand.

IT IS SO ORDERED this 28th day of September, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

-1-