IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CAROLYN S. COLLINS**                                                                                  **PLAINTIFF**

**v.**                                    **3:06CV00161-WRW**

**MICHAEL J. ASTRUE, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Pending is Plaintiff's unopposed Motion For An Award of Attorney's Fees And Other Expenses Under the Provisions of the Equal Access to Justice Act (Doc. No. 15). Defendant does not oppose awarding Plaintiff, as requested in Plaintiff's Motion, attorney's fees in the amount of $1,576.20 and costs in the amount of $13.95 (Doc. No. 17). Accordingly, Plaintiff's Motion (Doc. No. 15) is GRANTED.

IT IS SO ORDERED this 6th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE